# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2339

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the District |
| v. | * | of Minnesota. |
| | * | |
| Emery Joseph Beaulieu, also known | * | [UNPUBLISHED] |
| as Joe Beaulieu, | * | |
| | * | |
| Appellant. | * | |

_____

Submitted:  June 18, 2001

Filed:  June 22, 2001

_____

Before McMILLIAN, LAY, and FAGG, Circuit Judges.

_____

PER CURIAM.

After a bench trial, the district court convicted Emery Joseph Beaulieu of two counts of aggravated sexual abuse of a child and sentenced Beaulieu to 108 months imprisonment and five years supervised release.  On appeal, Beaulieu's counsel has filed a brief and moved to withdraw under Anders v. California, 386 U.S. 738 (1967). Beaulieu has not filed a pro se supplemental brief.  Because we conclude Beaulieu knowingly and voluntarily waived his right to appeal his conviction and sentence, see United States v. Michelsen, 141 F.3d 867, 871-72 (8th Cir.), cert. denied, 525 U.S. 942

(1998), we enforce the waiver and dismiss this appeal, <u>see</u> <u>United States v. Estrada-Bahena</u>, 201 F.3d 1070, 1071 (8th Cir. 2000) (per curiam).  Counsel's motion to withdraw is granted.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.